UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:                                                    Chapter 13
                                                          Case No. 08-23442(RDD)

Mariusz Zalewski & Agnieszka Kaminska

Debtor                                                    **STIPULATION OF**
                                                          **SETTLEMENT**

------------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, that the motion of the debtor pursuant to Bankruptcy Code §362 returnable January 6, 2010 and oral argument having been held before Honorable Robert D. Drain, is withdrawn against STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., SERPE, ANDREE & KAUFMAN, and KORNFELD, REW,NEWMAN & ELLSWORTH and

      **IT IS FURTHER STIPULATED AND AGREED,** that the debtors attorneys, Bleichman & Klein shall be paid the sum of six hundred dollars ($600.00) for attorneys' fees in bringing the motion, said attorney's fee to be paid by State Farm Mutual Automobile Insurance Company and

      **IT IS FURTHER STIPULATED AND AGREED,** that there are no further costs, fees or disbursements owed by the respondents, State Farm Mutual Automobile Insurance Company, Serpe, Andree & Kaufman and Kornfeld, Rew Newman & Ellsworth.

DATED:  White Plains, New York
        January 29, 2010

/s_____      /s_____
Joshua N. Bleichman, Esq.                     William H. Bave, Jr., Esq.
BLEICHMAN & KLEIN                             WILSON, BAVE, CONBOY,
268 Route 59                                  COZZA & COUZENS, P.C.
Spring Valley, New York 10977                 Attorneys for State Farm Mutual
                                              Auto Ins. Co. and Serpe, Andree &
/s_____      Kaufman
Thomas J. Newman, Esq.                        Two William Street
KORNFELD, REW, NEWMAN & ELLSWORTH             White Plains, New York 10601
P. O. Box 177
Suffern, New York 10901


                                              SO ORDERED:

                                              /s/Robert D. Drain
                                              Hon. Robert D. Drain
                                              February 1, 2010