**UNITED STATES BANKRUPTCY COURT**          Return Date: May 12, 2010
**SOUTHERN DISTRICT OF NEW YORK**
_____x
Re:                                                         Chapter 13
Diane E. & Sylvester Hixson

                          Debtors                Case No. 09-22939
_____x

## APPLICATION FOR COMPENSATION

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Joshua N. Bleichman, a

motion pursuant to

JUDGE:                                        Hon. Robert D. Drain

RETURN DATE AND TIME:            May 12, 2010 at 10:00 a.m.


PLACE:                                        U.S. Bankruptcy Court
                                              300 Quarropas St., 5th Floor
                                              White Plains, NY  10601



RELIEF REQUESTED:                    11 U.S.C. § 330

BASIS FOR RELIEF REQUESTED:      For Compensation

Dated: Spring Valley, New York
       March 10, 2010


                              _____/s/_ Joshua N. Bleichman
                              Joshua N. Bleichman
                              Attorney for Debtor
                              268 ROUTE 59
                              Spring Valley, NY 10977
                              (845) 425-2510

**UNITED STATES BANKRUPTCY COURT**       Return Date: May 12, 2010
**SOUTHERN DISTRICT OF NEW YORK**
_____x
Re:                                          Chapter 13
Diane E. & Sylvester Hixson

                    Debtors             Case No. 09-22939
_____x

## ATTORNEY'S AFFIRMATION OF SERVICES

1. I, Joshua N. Bleichman am an attorney duly admitted to practice in the State of New York and in the Southern District of New York and I submit this Affirmation in support of for Approval of additional fees under penalty of perjury.

2. On 06/01/2009, the debtors filed a voluntary petition for protection under Chapter 13 of the bankruptcy code.

3. This application is made by the applicant for a first allowance of compensation for professional services rendered for and on behalf of the debtor for the period 5/27/2009 through 03/03/2010 (the "Period"). In addition, Applicants seek reimbursement for actual and necessary costs incurred during the Period, to be paid through the Chapter 13 plan.

4. Applicant seeks an allowance of fees of $2,695.00 the documentation for which is set forth on Exhibit "A" attached hereto, Applicants also seek reimbursement in the sum of $25.00 which represents the actual and necessary costs and expenses incurred during the Period, to be paid through the chapter 13 plan.

5. At the time of the filing the fee charged did not contemplate services in connection with Adversary Proceeding, Loss Mitigation.

6. To date my office has spent approximately 7 hours working on and performed the following services outlined on Exhibit "A"

7. The total amount of fees far exceeds the amount being sought herein; Your Applicant is limiting its application for fees and services rendered.

8. The applicant seeks compensation for services rendered in the amount of $2,720.00, payable through the Chapter 13 plan as administrative priority.

WHEREFORE the Applicant respectfully requests compensation for professional services rendered during the Period in the amount of $2,720.00.

Dated: Spring Valley, NY
March 9, 2010

    /s/ Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510

## CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Chapter 13 Fee Application on March 10, 2010 depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Diane E. & Sylvester Hixson
9 Pauline Court
Spring Valley, NY 10977

Jeffrey L. Sapir-13 – by ECF
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004


    /s/    Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510

<u>CERTIFICATE OF SERVICE</u>

    I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Chapter 13 Fee Application on March 5, 2010 depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Diane E & Sylvester Hixson
9 Pauline Court
Spring Valley, NY 10977

Jeffrey L. Sapir-13 – by ECF
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee – by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

                                            _____/s/_____ Joshua N. Bleichman
                                            Joshua N. Bleichman
                                            268 Route 59 West
                                            Spring Valley, NY 10977
                                            845-425-2510