In Re:
Diane E. & Sylvester Hizson            Chapter 13
_____x      Case # 09-22939

**FEES**

| Date | | Hours | Per Hour | Expenses | Amount |
|---|---|---|---|---|---|
| 5/27/2009 | QWR sent Auroa Loan Services | 0.2 | 385.00 | | 77.00 |
| 08/13/09 | Loss Mitigation Request Pursuant to General Order M362 with Certificate of Service | 0.5 | 385.00 | | 192.50 |
| 08/13/09 | Adversary Complaint against Aurora Loan Services | 0.2 | 385.00 | | 77.00 |
| 08/17/09 | Reviewed Objection to Confirmation of Plan | 0.5 | 385.00 | | 192.50 |
| 08/20/09 | Reveiwed letter adivising of loss mitigation contact information | 0.2 | 385.00 | | 77.00 |
| 08/24/09 | Amended Plan | 0.5 | 385.00 | | 192.50 |
| 08/31/09 | Reveiwed Motion to Dismiss Case | 0.2 | 385.00 | | 77.00 |
| 09/07/09 | Amended Schedules F amended to include Internal Revenue Service | 0.2 | 385.00 | | 77.00 |
| 09/16/09 | Reviewed answer to Complaint | 0.2 | 385.00 | | 77.00 |
| 11/02/09 | Letter adjouring Loss Mitigation Conferece and Confirmation hearing from 11/9/09 unitl 12/8/09 | 0.2 | 385.00 | | 77.00 |
| 11/04/09 | Discovery, Rule 26 Disclosures, Production fo Documents, Interrogatories, Notice to Admit, Notice of Depo | 1 | 385.00 | | 385.00 |
| 11/17/09 | Emailed with Steven Baums Office about loss Mitigation | 0.3 | 385.00 | | 115.50 |
| 11/24/09 | Emailed with Steven Baums Office about loss Mitigation | 0.3 | 385.00 | | 115.50 |
| 12/02/09 | Emailed with Steven Baums Office about loss Mitigation | 0.3 | 385.00 | | 115.50 |
| 12/03/09 | Reviewed Letter serving as loss mitigation status report and request to adjourn status conference | 0.2 | 385.00 | | 77.00 |
| 12/08/09 | Emailed with Steven Baums Office about loss Mitigation | 0.3 | 385.00 | | 115.50 |
| 12/08/09 | Status Hearing | 1 | 385.00 | | 385.00 |
| 12/08/09 | Tolls and parking | | | 25.00 | |
| 01/27/10 | Reviewed Letter serving as loss mitigation status report and request to adjourn status conference | 0.2 | 385.00 | | 77.00 |
| 01/27/10 | Emailed with Steven Baums Office about loss Mitigation | 0.3 | 385.00 | | 115.50 |
| 03/03/10 | Reviewed Letter serving as loss mitigation status report and request to adjourn status conference | 0.2 | 385.00 | | 77.00 |
| | | 7 | | 25.00 | 2,695.00 |